Art Matthews, Esq.
Hyslip & Taylor LLC LPA, *Of Counsel*
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isrra Green,<br><br>         Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>         Defendant. | Case No. 3:15cv706<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff hereby dismisses this action with prejudice pursuant to F.R.C.P. 41(a).

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA


By:___/s/ Arturo Matthews_____
One of Plaintiff's Attorneys

Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232